## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| **MATTHEW VARNELL** | **CIVIL ACTION NO. 24-1329-P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN TUCKER, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 9] previously filed herein, after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint [Doc. No. 5] is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**MONROE, LOUISIANA**, on this 18th day of February 2025.

**JUDGE TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**